Ekblad v. Linderholm.

No. 20,523.

*In re* JUSTUS B. LINDERHOLM (MRS. AGNES EKBLAD, *Appellee,*
v. JUSTUS B. LINDERHOLM, *Appellant*).

HEADNOTE BY THE REPORTER.

INSANE PERSON—*Guardian May be Appointed without Notice.* A pro-
bate court may, without notice, appoint a succcessor to a guardian for
a lunatic, who has been duly adjudged to be a person of unsound mind,
confined in the state hospital, and discharged therefrom as improved.

Appeal from McPherson district court; ROSWELL L. KING,
judge *pro tem.* Opinion filed December 8, 1917. Affirmed.

*Justus B. Linderholm,* of Topeka, *pro se.*

*G. Nyquist,* and *Frank O. Johnson,* both of McPherson, for
the appellee.

*Per Curiam*: This is an appeal to this court in the Justus
B. Linderholm matter. (See, *The State v. Linderholm,* 95 Kan.
669, 670, 149 Pac. 427; *In re Linderholm, Petitioner,* 101 Kan.
18, 165 Pac. 830.)

The present appeal is from an order overruling a demurrer
to an application for the appointment of a guardian for the
estate of Justus B. Linderholm. He had previously been ad-
judged insane by the probate court of McPherson county, and
had been confined in the state hospital for the insane. He was
afterward discharged as improved. His guardian died, and the
guardian's wife, who was the sole heir and legatee of the guard-
ian, made the application in question. She made that applica-
tion in order that the estate of the guardian might be settled.
No notice of the application was given to Linderholm.

Numerous attacks are made on the proceedings, but only one
question is properly presented by the demurrer to the applica-
tion for the appointment of a guardian: Did the probate court
have jurisdiction to appoint a guardian without first giving
notice to Linderholm? The particular question involved in this
appeal, and all other questions raised, are answered in *Johnson
v. Gustafson,* 96 Kan. 630, 152 Pac. 621, where this court said:

"A probate court may without notice appoint a successor to a guardian

for a lunatic who has been duly adjudged to be a person of unsound mind, confined in the state hospital for the insane, and discharged therefrom as improved." (Syl. ¶ 1.)

The judgment is affirmed.